SWEEP LEFT, INC., A NEBRASKA CORPORATION, APPELLANT, v. DARM CORPORATION, A NEBRASKA CORPORATION, APPELLEE.
331 N.W.2d 546

Filed April 1, 1983. No. 82-071.

Michael O. Johanns of Peterson, Bowman & Johanns, for appellant.

J. David Thurber of the Law Offices of John R. Doyle, for appellee.

Krivosha, C.J., Boslaugh, McCown, White, Hastings, and Caporale, JJ., and Colwell, D.J., Retired.

Per Curiam.

The court, having reviewed the record de novo, finds that the decree of the District Court is supported by sufficient competent evidence and there is no error of law.

AFFIRMED.